USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-3-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Joseph Davis Morales            :   08 cr 1195-03 (LAP)
                                :   13 civ. 1710 (LAP)
           Plaintiff(s),        :
                                :          ORDER
   -against-                    :
                                :
United States of America        :
                                :
           Defendant(s).        :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

   Plaintiff and counsel shall confer and inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff

SO ORDERED
*/s/ Loretta A. Preska*
**LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE**

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York